IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY MBA AND OLIVIA MBA,** | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:13-CV-4769-L** |
| | § | |
| **HSBC BANK USA, N.A. AND** | § | |
| **OCWEN LOAN SERVICING LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants' Motion for Summary Judgment (Doc. 49), filed July 29, 2015. On December 4, 2015, Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court grant Defendants' Motion for Summary Judgment and dismiss with prejudice this action. No response to the motion or objections to the Report were filed.

Having reviewed the motion, evidence, pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court concludes that no genuine dispute of material fact exists with respect to Plaintiffs' claims of breach of contract and alleged violations of the Federal Debt Collection Practices Act and that Defendants are entitled to judgment as a matter of law. Accordingly, the court **grants** Defendants' Motion for Summary Judgment (Doc. 49) and **dismisses with prejudice** Plaintiffs' claims against Defendants. Judgment will be entered in favor of Defendants by separate document pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**It is so ordered** this 12th day of January, 2016.

_____
Sam A. Lindsay
United States District Judge